**The Fairbanks Company, appellant, v. United States Fidelity and Guaranty Company, appellee. Gen. No. 30,102.**

Bill for rescission and cancellation, discovery and an accounting. Bill dismissed for want of equity. Appeal from the Superior Court

of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed January 20, 1926. Rehearing denied January 30, 1926.

Nat M. Kahn, for appellant. Eugene P. Kealy, for appellee.

Mr. Justice Taylor delivered the opinion of the court.